958

No. 04–284. WAGNER v. FIRST UNUM LIFE INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 04–285. SEIBEL ET UX. v. JLG INDUSTRIES, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–286. NELSON v. MITCHELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–289. LUGO RODRIGUEZ ET AL. v. PUERTO RICO INSTITUTE OF CULTURE ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–291. BATOR v. FREUND ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–292. ICE EMBASSY, INC., ET AL. v. CITY OF HOUSTON, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–298. WILLIAMS v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 04–304. HANNIGAN v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 04–305. PRE-PAID LEGAL SERVICES, INC., ET AL. v. BATTLE ET AL. Sup. Ct. Miss. Certiorari denied.

No. 04–307. WAUQUIN VELA ET AL. v. CASTELLANO ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–310. SIRLEAF v. ALLSTATE MOVING AND STORAGE. Ct. Sp. App. Md. Certiorari denied.

No. 04–317. VOZNICK v. SHURFLO, INC. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 04–319. LALJI v. ASHCROFT, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.